NUMBER 13-05-229-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
_________________________________________________________
 
CITIBANK (SOUTH DAKOTA), N.A.,                                    Appellant,

v.

MELISSA ANN BECK,                                                         Appellee.
_________________________________________________________

On appeal from the County Civil Court at Law No. 1
of Harris County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, CITIBANK (SOUTH DAKOTA), N.A., perfected an appeal from a
judgment entered by the County Civil Court at Law No. 1 of Harris County, Texas, in
cause number 789611. The parties have filed a joint motion to dismiss the appeal. 
The parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 9th day of June, 2005.